No. 668. LINCOLN BANK & TRUST CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Sixth Circuit denied. *Mr. Elwood Hamilton* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, J. Louis Monarch, A. H. Conner, Wm. H. Riley, Jr.,* and *Clarence M. Charest* for respondent.